```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611108741
Cashier ID: voltzs
Transaction Date: 09/10/2015
Payer Name: ANTHONY OPOKU
------------------------------------
WRIT OF HABEAS CORPUS
 For: ANTHONY OPOKU
 Case/Party: D-CAN-3-15-CV-004124-001
 Amount:         $5.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 0000120251
 Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

EDL


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```